DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID SCREEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-143

[April 30, 2020]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 14-5671CF10A.

David Screen, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***